IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Darrin Smith, #Y309505,             )<br>                                                 )<br>                      Plaintiff,      )<br>                                                 )<br>      vs.                                   )<br>                                                 )<br>South Carolina Department of Corrections; and  )<br>TCI Officer Keianna Dukes,            )<br>                                                 )<br>                      Defendants.    ) | C.A. No. 9:08-2471-HMH-BM<br><br>**OPINION & ORDER** |

This matter is before the court on Darrin Smith's ("Smith") objections to the Report and Recommendation of the United States Magistrate Judge. In his objections, Smith "object[s] to the Report and Recommendation due to the fact that [he] could not file in opposition to the motion in accordance because [his] dorm was lock down from August 28, 2008 - September 8, 2008." (Objections 1.) Further, he alleges that his dorm remains on lock down. As a result of the lock down, Smith alleges that he has limited access to the law library. The court interprets Smith's objections as a request for an extension of time to file objections to the Report and Recommendation. The court grants Smith an extension of fifteen (15) days from the date of this order to file his objections.

    **IT IS SO ORDERED.**

                                                          s/Henry M. Herlong, Jr.
                                                          United States District Judge

October 21, 2008
Greenville, South Carolina